IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF MARYLAND
NOTHERN DIVISION

Ronald Lee Wright (Pro se)
2101 Searles Road
Baltimore, Maryland 21222

**Plaintiff**

v.                                                          * Civil No: CCB-14-CV-03501

GARY MAYNARD, et al.

**Defendant(s)**

## MOTION TO ENTRY DEFAULT

Pursuant to Rule 55. Default; Default Judgment of the Federal Rules of Civil Procedure, Plaintiff, Ronald Lee Wright requests an entry of default against Defendants, Jackie Arthur, Joseph Clocker, Earnest Eley, Jr. Kathleen Rebbert Franklin, Donald Hall, Gary Maryard, Paul McGowan, Thomas McGrain, Joshua M. Sharfstein and Patricia Vale and states as follows: 1.

1. On November 7, 2014, Plaintiff filed a Complaint with this Court against Jackie Arthur, Joseph Clocker, Earnest Eley, Jr. Kathleen Rebbert Franklin, Donald Hall, Gary Maryard, Paul McGowan, Thomas McGrain, Joshua M. Sharfstein and Patricia Vale.
2. All Defendants have been formally served with the Complaint. The Summons' for all Defendants were returned executed and filed with this Court.
3. Counsel for defendants requested an extension of time that was approved by the courts.
4. Answers to the Complaint from defendants Jackie Arthur, Joseph Clocker, Earnest Eley, Jr. Kathleen Rebbert Franklin, Donald Hall, Gary Maryard, Paul McGowan, Thomas McGrain, Joshua M. Sharfstein and Patricia Vale were due by February 20, 2015
5. To date, Defendants have not answered the Complaint or contacted Plaintiff's to seek another extension of time to answer the Complaint.
6. Defendants are making a motion to dismiss without providing the Plaintiff with all answers to the complaint.

WHEREFORE Plaintiff respectfully requests Entry of Default by the Clerk of the Court against Jackie Arthur, Joseph Clocker, Earnest Eley, Jr. Kathleen Rebbert Franklin, Donald Hall, Gary Maryard, Paul McGowan, Thomas McGrain, Joshua M. Sharfstein and Patricia Vale.

Respectfully submitted

*Ronald Wright*

Ronald Wright Plaintiff (pro se)

2101 Searles Road

Baltimore, Maryland 21222

410-288-1399

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by certified U.S. Mail, this 4th of March 2015, to:

Baltimore County, Maryland

Michael Field Counsel for Defendants

400 Washington Ave Rm 148

Towson, MD 21204-4610


Susan Howe Baron Counsel for Division of Parole and Probation

Kathleen Morse Counsel for DHMH

Attorney General Of Maryland

St. Paul Plaza 200 St Paul Place, Baltimore, Maryland 21202


Respectfully Submitted

March 4, 2015

*[signature]*

Ronald Lee Wright

2101 Searle road

Baltimore, Maryland 21222

410-288-1399